UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs- Case No.: 2:10-cr-136-FtM-29SPC

JOSEPH STELLA
_____

**ORDER**

This matter comes before the Court on the Motion to Modify Conditions of Pretrial Supervision (Doc. #147) filed on September 8, 2011. The Defendant moves the Court to modify Defendant's bond to remove home confinement as a condition of release. As grounds, Counsel indicates the Defendant is currently hospitalized and having problems with the telephone at his home. The Government and pretrial services do not have an objection to the relief requested. The Court, having considered the motion, finds good cause and will grant the motion as outlined below.

Accordingly, it is now

**ORDERED:**

(1) The Motion to Modify Conditions of Pretrial Supervision (Doc. #147) is **GRANTED**. The home confinement condition is hereby removed as a condition of release. All other terms and conditions remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record